# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **COMMONWEALTH OF MASSACHUSETTS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.   13-cv-11301-RGS** |
| ) | |
| **PENNY PRITZKER, et al.** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **STATE OF NEW HAMPSHIRE,** ) | |
| **by its** ) | |
| **ATTORNEY GENERAL** ) | |
| **JOSEPH A. FOSTER,** ) | |
| ) | |
| **Intervenor,** ) | |

_____ )

## MOTION OF THE STATE OF NEW HAMPSHIRE
## FOR INTERVENTION AS OF RIGHT, OR IN THE ALTERNATIVE,
## FOR PERMISSIVE INTERVENTION

Pursuant to Fed. R. Civ. P. 24 and for the reasons set forth in the accompanying

Memorandum of Law, the State of New Hampshire respectfully moves for intervention as of

right in the above-captioned action under Fed. R. Civ. P. 24(a)(2).  As described in greater

detail in the accompanying Memorandum, New Hampshire seeks to intervene to protect its

interests as a fisheries management and conservation regulator, and in its *parens patriae* role

on behalf of diverse constituencies within the state, including a unique small boat fisheries

industry that is not adequately represented by any other party or intervener.

Alternatively, if the Court does not determine that New Hampshire may intervene as of right, New Hampshire moves for permissive intervention pursuant to Fed. R. Civ. P. 24(b).

Finally, pursuant to Local Rul 7.1(a), counsel for New Hampshire has conferred with counsel for Plaintiff and Defendants in this action.  Plaintiff's counsel assents to this motion, while counsel for the Federal Defendants states that they take no position on New Hampshire's motion.

WHEREFORE, New Hampshire prays that this Court enter an order granting this motion and allowing New Hampshire to intervene in the case either as of right, or by permission.

Dated: September 10, 2013                    Respectfully submitted,

                                             STATE OF NEW HAMSPHIRE

                                             JOSEPH A FOSTER

                                             Attorney General


                                              /s/ Peter C.L. Roth_____
                                             Peter C.L. Roth (BBO # 556917)
                                             Senior Assistant Attorney General
                                             Office of the Attorney General
                                             Environmental Protection Bureau
                                             33 Capitol Street
                                             Concord, New Hampshire   03301
                                             (603) 271-3679

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of September 2013, I served the above Motion via the Court's ECF system upon those parties receiving ECF service.

Dated: September 10, 2013                    /s/ Peter C.L. Roth_____
                                             Peter C.L. Roth

942880